In the Matter of the Accounting of UNION TRUST COM-PANY OF NEW YORK, as Substituted Trustee under the Will of CHRISTIAN E. DETMOLD, Deceased.

EUGENE LENTILHON, Appellant; EDWARD D. LENTILHON, Respondent.

Reported below, 170 App. Div. 176.
(Argued May 22, 1916; decided May 30, 1916.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 29, 1915, which modified and affirmed as modified an order of the New York County Surrogate's Court sustaining objections to the account of the substituted trustee under the will of Christian E. Detmold, deceased.

The motion was made upon the grounds that time in which to take the appeal had expired and that the Court of Appeals, in any event, had no jurisdiction to entertain the same.

*James R. Deering* for motion.

*L. Laflin Kellogg* opposed.

Motion denied, without costs.